IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| KAREN DeWOLFE AND ALAN DeWOLFE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:19-CV-56 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP | ) | |
| OF THE VIRGIN ISLANDS, INC., GRUPO | ) | |
| COOPERATIVE SEGUROS MULTIPLES, | ) | |
| COOPERATIVE DE SEGUROS MULTIPLES | ) | |
| OF PUERTO RICO, OVERSEAS INSURANCE | ) | |
| AGENCY, INC., SEDGWICK CLAIMS | ) | |
| MANAGEMENT SERVICES, INC., | ) | |
| VERICLAIM, INC., and BYRON GILCHREST, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**NOTICE OF CROSS 30(b)(6) DEPOSITION OF HORIZON LOSS SOLUTIONS LLC D/B/A PHOENIX CLAIMS CONSULTING**

PLEASE TAKE NOTICE that pursuant to Rule 26, 30, and 32 of the Federal Rules of Civil Procedure, Plaintiffs, Darin Ross and Fiona Ross by and through the undersigned counsel, Law Offices of Pamela Lynn Colon, LLC, will take the deposition of Horizon Loss Solutions LLC d/b/a Phoenix Claims Consulting on **Thursday, January 19, 2023** at **10:00 a.m**. This cross deposition will be conducted via **virtual platform**.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

                                                LAW OFFICES OF PAMELA LYNN COLON, LLC
                                                Attorney for Plaintiffs

DATED:  January 9, 2023        By:    /s/Pamela Lynn Colon, Esquire
                                                    Pamela Lynn Colon, Esquire
                                                    VI Bar No. 801
                                                    2155 King Cross Street, Suite 3
                                                    Christiansted, St. Croix 00820
                                                    (340) 719-7100/(340) 719-7700 (facsimile)
                                                    pamelalcolon@msn.com