# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| KAREN DeWOLFE AND ALAN DeWOLFE, | ) <br> ) <br> )    CASE NO.: 1:19-CV-0056 <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AARP SERVICES, INC., AARP, INC., ) <br> AARP OF THE VIRGIN ISLANDS, INC., ) <br> GRUPO COOPERATIVO SEGUROS ) <br> MULTIPLES, COOPERATIVA DE ) <br> SEGUROS MULTIPLES OF PUERTO ) <br> RICO, OVERSEAS INSURANCE ) <br> AGENCY, INC., SEDGWICK CLAIMS ) <br> MANAGEMENT SERVICES, INC., AND ) <br> VERICLAIM, INC., AND BYRON ) <br> GILCHREST, ) <br> ) <br> Defendants. ) <br> ) |

## NOTICE OF CROSS DEPOSITION OF
## HORIZON LOSS SOLUTIONS LLC D/B/A PHOENIX CLAIMS CONSULTING

**PLEASE TAKE NOTICE** that pursuant to Rules 26, 30, and 32 of the Federal Rules of Civil Procedure, Defendant, GRUPO COOPERATIVO SEGUROS MULTIPLES (*hereinafter* "GCSM") by and through its undersigned counsel, will take the oral examination of **Horizon Loss Solutions LLC d/b/a Phoenix Claims Consulting** on **January 19, 2023**, commencing at **10:00 a.m. (EST)** in conjunction with the deposition noticed by Defendants Sedgwick Claims Management Services, Inc., Vericlaim, Inc., and Byron Gilchrest, for the purpose of discovery or evidence in this case, for use at trial, and/or for any purpose permitted by the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

<u>Notice of Cross of Rule 30(b)(6) Deposition of Horizon Loss Solutions LLC d/b/a Phoenix Claims Consulting</u>
K<small>AREN</small> D<small>E</small>W<small>OLFE</small> & A<small>LAN</small> D<small>E</small>W<small>OLFE</small> V. AARP S<small>ERVICES</small>, I<small>NC</small>., <small>ET AL</small>.
Page 2 of 2

This deposition will take place at the Hitchcock & Associates, 111 South Baylen, Pensacola, FL, 32502, before an officer duly authorized to administer oaths in the State of Florida who is neither counsel to the parties, nor related to the parties or their respective counsel.

The deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed. The testimony will be recorded by stenographic means and by audiovisual recording.

          Respectfully Submitted,

          **GS LAW OFFICES P.C.**
          *Counsel for Defendant GCSM*

Dated: January 10, 2023      By:  /s/ *Eugenio W.A. Géigel-Simounet*
          **Eugenio W.A. Géigel-Simounet, Esq.**
          VI Bar No.: 999
          **Ann Cecile O'Neill, Esq.**
          VI Bar No.: 665
          5020 Anchor Way, 2nd Floor Gallows Bay
          P.O. Box 25749 | Christiansted, VI 00824
          Tel: (340) 778-8069 | Fax: (340) 773-8524
          egeigel@gslawofficespc.com
          aconeill@gslawofficespc.com
          alicia@gslawofficespc.com *(legal secretary)*