IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| KAREN DeWOLFE AND ALAN DeWOLFE )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 1:19-CV-56 |

## **NOTICE OF UNAVAILABILITY**

The undersigned counsel hereby gives notice to all parties and this Honorable Court that she will be unavailable in-person and have limited virtual attendance ability from April 20, 2023 through April 24, 2023; May 8, 2023 through May 15, 2023; June 13, 2023 through July 10, 2023, and November 30, 2023 through December 14, 2023. Within this time period the undersigned counsel will be out of the Territory in April and May and out of the country in June, July, November and December with limited data and telecommunications connectivity. Counsel respectfully requests that no in-person hearings, depositions, trials, or other matters be scheduled during this time period.

                                    LAW OFFICES OF PAMELA LYNN COLON, LLC
                                    Attorney for Plaintiffs

DATED:  January 24, 2023       By:    <u>/s/Pamela Lynn Colon, Esquire</u>
                                    Pamela Lynn Colon, Esquire
                                    VI Bar No. 801
                                    2155 King Cross Street, Suite 3
                                    Christiansted, St. Croix 00820
                                    (340) 719-7100/(340) 719-7700 (facsimile)
                                    pamelalcolon@msn.com