IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| KAREN DEWOLFE AND ALAN DEWOLFE,<br><br>PLAINTIFFS,<br><br>V.<br><br>AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, OVERSEAS INSURANCE AGENCY, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., VERICLAIM, INC., AND BYRON GILCHREST,<br><br>DEFENDANTS. | CASE NO. 1:19-CV-56 (MEM-EAH) |

**AARP DEFENDANTS' MOTION TO APPEAR REMOTELY
FOR THE APRIL 4, 2023 HEARING ON MOTION
<u>FOR PROTECTIVE ORDER AND CASE MANAGEMENT SCHEDULE</u>**

Defendants AARP Services, Inc. and AARP, Inc. ("AARP Defendants"), by and thorough undersigned counsel, respectfully request that certain of their off-island counsel and party representatives be permitted to appear remotely, whether by teleconference or videoconference, for the April 4, 2023 hearing on Motion for Protective Order (ECF No. 201) and Motion for Amended Case Management Order (ECF No. 209) in the above-captioned matter.

AARP Defendants will be represented in person at the hearing by attorneys from Andrew C. Simpson, P.C. and ArentFox Schiff LLP, and such in-person attendee(s) will be arguing the Motion for Protective Order. However, additional off-island counsel and party representatives of the AARP Defendants wish to attend and observe the hearing without

1

incurring the costs of travel to the Virgin Islands, and therefore seek leave to observe the April 4 proceedings remotely, whether via teleconference or videoconference.

WHEREFORE, AARP Defendants' respectfully request that certain of its counsel and party representatives be allowed to attend and observe remotely the April 4, 2023 hearing.

### Certification Pursuant to Local Rule of Civil Procedure Rule 37.1

AARP Defendants have requested the parties' positions respective to this Motion. Provided that none of the remote attendees is called to testify at the hearing – and none will be – the parties have no objection to this Motion.

Dated: March 24, 2023                                                         Respectfully submitted,

/s *Andrew C. Simpson*
Andrew C. Simpson (VI Bar 451)
Howard L. Phillips (VI Bar 2014)
**Andrew C. Simpson, P.C.**
2191 Church Street, Suite 5
Christiansted, VI  00820
asimpson@coralbrief.com
hphillips@coralbrief.com
340-719-3900

/s *Karen Ellis Carr*
Karen Ellis Carr (*admitted pro hac vice*)
Eric Roman (*admitted pro hac vice*)
Mattie Bowden (*admitted pro hac vice*)
**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006
karen.carr@afslaw.com
eric.roman@afslaw.com
mattie.bowden@afslaw.com
202-857-6000

*Counsel for AARP Services, Inc. and AARP, Inc.*