IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| KAREN DeWOLFE AND ALAN DeWOLFE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES, )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:19-CV-56 |

**<u>ORDER</u>**

THIS MATTER having come before this Court on Plaintiffs Karen DeWolfe and Alan DeWolfe's First Motion for Extension of Time, and the Court being duly advised in its premises, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED, and, it is further

ORDERED that the Plaintiffs Ruth Miller and Galen G. Swingen is granted until June 6, 2023 to file objections to the Magistrate Judge's Protective Order dated May 5, 2023 in this matter with the District Court.

SO ORDERED this _____ day of _____ 2023.

_____
JUDGE OF THE DISTRICT COURT