**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| KAREN DEWOLFE and ALAN DEWOLFE, | |
| Plaintiffs, | 1:19-cv-00056-MEM-EAH |
| v. | |
| AARP, INC., AARP SERVICES, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., OVERSEAS INSURANCE AGENCY, INC., VERICLAIM, INC., and BYRON GILCHREST, | |
| Defendants. | |

**TO:** Pamela L. Colon, Esq.
Karen Ellis Carr, Esq.
Eric Roman, Esq.
Mattie Bowden, Esq.
Andrew C. Simpson, Esq.
Ann Cecile O'Neill, Esq.
Eugenio W.A. Geigel-Simounet, Esq.
Richard H. Hunter, Esq.
Joshua D. Lerner, Esq.
Peter Tepley, Esq.
Victor G. Sanabria, Esq.

**ORDER**

**THIS MATTER** comes before the Court on the Mediation Report filed by the Mediator. Dkt. No. 246.

In the Mediation Report, the Mediator states that parties have completely resolved the matter and will submit a stipulation agreement and/or notice of dismissal. *Id*.

*DeWolfe v. AARP, Inc.*
1:19-cv-00056-MEM-EAH
Order
Page 2

In order to ensure that the parties timely submit the appropriate documents, this Court will set a Status Conference for August 4, 2023 at 10:00 a.m. in STX Courtroom 3. Should a stipulation or notice of dismissal be filed by July 31, 2023, the Court will terminate the August 4, 2023 status conference.

Accordingly, it is hereby **ORDERED**:

1. The parties shall file a joint stipulation or notice of dismissal by **July 31, 2023.**

2. If the joint stipulation or notice of dismissal is not filed by July 31, 2023, then a Status Conference in this matter will be set for **Friday, August 4, 2023** at **10:00 a.m.** in **STX Courtroom 3.** All counsel shall appear **in person.**

ENTER:

Dated: June 5, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE