IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

KAREN DeWOLFE AND ALAN DeWOLFE )
 )
    Plaintiffs, )
 )
  v. )   Civil Action No. 1:19-CV-56
 )
AARP SERVICES, INC., AARP, INC., AARP )
OF THE VIRGIN ISLANDS, INC., GRUPO )
COOPERATIVE SEGUROS MULTIPLES, )
COOPERATIVE DE SEGUROS MULTIPLES )
OF PUERTO RICO, OVERSEAS INSURANCE )
AGENCY, INC., SEDGWICK CLAIMS )
MANAGEMENT SERVICES, INC., )
VERICLAIM, INC., and BYRON GILCHREST, )
 )
    Defendants. )
_____ _____ )

## <u>NOTICE TO THE COURT</u>

COMES NOW Plaintiffs, Karen DeWolfe and Alan DeWolfe, by and through their

undersigned counsel, and give Notice to the Court of their inability to comply with the

Court's Order requiring the filing of motions and/or stipulations of dismissal of this matter

by June 30, 2023, due to the Defendants failure to agree to release language consistent

with, but not beyond, the written and executed Mediation Settlement Agreement

executed a month ago.  The AARP and Adjuster Defendants are insisting upon

language in the general release requiring Plaintiffs to refrain from certain activity (not

involving any confidential matters) regarding the case which was never even raised or

discussed during the three-day mediation sessions, let alone agreed to.

These Defendants did not provide their first draft of the proposed release until

June 14, 2023.  Plaintiffs responded with their revisions, which deleted the clauses

which had not been agreed to, on June 18, 2023.  On June 23, 2023, Plaintiffs' counsel wrote to these Defendants, asking that the revised release be provided immediately.

However, these Defendants did not respond again until June 27, 2023, with their second draft of the proposed release.  Incredibly, their second draft continued to contain the terms not even discussed at settlement, despite being advised that Plaintiffs did not and will not agree to them.  On June 28, 2023, Plaintiffs' counsel again wrote to these Defendants, demanding that the inappropriate terms be removed from the proposed release.  Plaintiffs have not heard back from these Defendants since that time.

Plaintiffs have requested the assistance of the mediator in achieving release language that is consistent with, and not beyond, the language of the mediation settlement agreement.  If needed, Plaintiffs may have to request the intervention of the Court to accomplish the same.

Plaintiffs have also been attempting to finalize the release language with Defendant, Grupo.  This Defendant originally sent their first draft of the proposed release for this portion of the case on June 7, 2023.  Plaintiffs sent their original edits to the release language back to this Defendant on June 9, 2023.  On June 13, 2023, Plaintiffs' counsel spoke with Defendant, Grupo's counsel telephonically regarding Plaintiffs' additional requested edits to the release language.

On June 23, 2023, Plaintiffs' counsel wrote to Defendant Grupo's counsel requesting that the finalized revised release be sent as soon as possible.  To date, Plaintiffs have not heard back from Defendant, Grupo, regarding the revised release.

Again, Plaintiffs have requested the assistance of the mediator in finalizing the release language as to this Defendant.  Plaintiffs may have to request the assistance of the Court to accomplish the same.

LAW OFFICES OF PAMELA LYNN COLON, LLC
Attorney for Plaintiffs

DATED: June 30, 2023          By:     /s/Pamela Lynn Colon, Esquire
                                       Pamela Lynn Colon, Esquire
                                       VI Bar No. 801
                                       2155 King Cross Street, Suite 3
                                       Christiansted, St. Croix 00820
                                       (340) 719-7100
                                       (340) 719-7700 (facsimile)
                                       pamelalcolon@msn.com