IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

KAREN DeWOLFE AND ALAN DeWOLFE     )
                                    )
                  Plaintiffs,       )
                                    )
        v.                          )          Civil Action No. 1:19-CV-56
                                    )
AARP SERVICES, INC., AARP, INC., AARP )
OF THE VIRGIN ISLANDS, INC., GRUPO  )
COOPERATIVE SEGUROS MULTIPLES,      )
COOPERATIVE DE SEGUROS MULTIPLES    )
OF PUERTO RICO, OVERSEAS INSURANCE )
AGENCY, INC., SEDGWICK CLAIMS       )
MANAGEMENT SERVICES, INC.,          )
VERICLAIM, INC., and BYRON GILCHREST, )
                                    )
                  Defendants.       )
_____ )

## **ORDER**

THIS CAUSE COMING TO be heard on the Emergency Joint Motion to Extend

the Deadline to File Stipulations of Dismissal and to Continue the Status Conference

Scheduled for August 4, 2023, due notice having been given and the Court being fully

advised in the premises:

IT IS HEREBY ORDERED that the Emergency Joint Motion to Extend the

Deadline to File Stipulations of Dismissal and to Continue the Status Conference

Scheduled for August 4, 2023, is GRANTED; and,

IT IS FURTHER ORDERED that the Parties shall file Stipulations of Dismissal on

or before August 7, 2023; and,

IT IS FURTHER ORDERED that the Status Conference currently scheduled for

August 4, 2023, shall be continued until _____, 2023, at _____.

ENTERED:

DATED:                                          _____
                                                EMILE A HENDERSON, III
                                                U.S. MAGISTRATE JUDGE