IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

KAREN DeWOLFE AND ALAN DeWOLFE   )
   )
          Plaintiffs,   )
   )
     v.   )      Civil Action No. 1:19-CV-56
   )
AARP SERVICES, INC., AARP, INC., AARP   )
OF THE VIRGIN ISLANDS, INC., GRUPO   )
COOPERATIVE SEGUROS MULTIPLES,   )
COOPERATIVE DE SEGUROS MULTIPLES   )
OF PUERTO RICO, OVERSEAS INSURANCE )
AGENCY, INC., SEDGWICK CLAIMS   )
MANAGEMENT SERVICES, INC.,   )
VERICLAIM, INC., and BYRON GILCHREST,   )
   )
          Defendants.   )
_____ )

## PLAINITFFS' MOTION TO VOLUNTARILY DISMISS DEFENDANT, BYRON GILCHREST, WITH PREJUDICE

COME NOW Plaintiffs, Karen DeWolfe and Alan DeWolfe, by and through their undersigned attorney, and pursuant to Rule 41(a)(2), move this Honorable Court for the entry of an Order granting Plaintiffs' voluntary dismissal of Defendant, Byron Gilchrest, only, from this matter, with prejudice.  Plaintiffs further request that this dismissal be without conditions.

No party has any objection to this motion.

WHEREFORE, Plaintiffs asks this Honorable Court for the entry of an Order dismissing Defendant, Byron Gilchrest, only, from this matter with prejudice and without conditions.

LAW OFFICES OF PAMELA LYNN COLON, LLC
Attorney for Plaintiffs

DATED:  July 31, 2023          /s/ Pamela Lynn Colon, Esquire
                               Pamela Lynn Colon, Esquire
                               Law Offices of Pamela Lynn Colon, LLC
                               2155 King Cross Street—Ste. 3
                               Christiansted, VI 00820-4842
                               Tel:  (340) 719-7100
                               Fax: (340) 719-7700
                               pamelalcolon@msn.com