# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| KAREN DEWOLFE and ALAN DEWOLFE, ) ) ) Plaintiffs, ) ) v. ) ) AARP SERVICES, INC., AARP, INC., ) GRUPO COOPERATIVO SEGUROS ) MULTIPLES, COOPERATIVA DE ) SEGUROS MULTIPLES OF PUERTO ) RICO, OVERSEAS INSURANCE ) AGENCY, INC., SEDGWICK CLAIMS ) MANAGEMENT SERVICES, INC., ) VERICLAIM, INC., AND BYRON ) GILCHREST, ) ) Defendants. ) ) | CASE NO.: 1:19-CV-56 |

## MOTION TO AMEND THE CAPTION

**COMES NOW** the Defendant, **GRUPO COOPERATIVO SEGUROS MULTIPLES** (*hereinafter* **"GCSM"**), by and through its undersigned counsel and moves this Honorable Court to amend the caption and to remove Defendant COOPERATIVA DE SEGUROS MULTIPLES OF PUERTO RICO, who was dismissed from the case by order dated September 29, 2022 [Docket #191].

**WHEREFORE,** it is respectfully requested that the Court be advised of the above and grant this motion.

<u>Motion to Amend the Caption</u>
KAREN DEWOLFE & ALAN DEWOLFE V. AARP SERVICES, INC., ET AL.
Page 2 of 2

                                              Respectfully Submitted,

                                              **GS LAW OFFICES P.C.**
                                              *Counsel for Defendant GCSM*

Dated: August 7, 2023                By:  /s/ *Ann Cecile O'Neill*
                                              **Ann Cecile O'Neill, Esq.**
                                              VI Bar No.: 999
                                              **Eugenio W.A. Géigel-Simounet, Esq.**
                                              VI Bar No.: 665
                                              5020 Anchor Way, 2nd Floor Gallows Bay
                                              P.O. Box 25749 | Christiansted, VI 00824
                                              Tel: (340) 778-8069 | Fax: (340) 773-8524
                                              egeigel@gslawofficespc.com
                                              aconeill@gslawofficespc.com
                                              alicia@gslawofficespc.com *(legal secretary)*