IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| KAREN DeWOLFE AND ALAN DeWOLFE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-CV-56 |
| | ) | |
| AARP SERVICES, INC., AARP, INC., AARP | ) | |
| OF THE VIRGIN ISLANDS, INC., GRUPO | ) | |
| COOPERATIVE SEGUROS MULTIPLES, | ) | |
| COOPERATIVE DE SEGUROS MULTIPLES | ) | |
| OF PUERTO RICO, OVERSEAS INSURANCE | ) | |
| AGENCY, INC., SEDGWICK CLAIMS | ) | |
| MANAGEMENT SERVICES, INC., | ) | |
| VERICLAIM, INC., and BYRON GILCHREST, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO ENFORCE MEDIATION
SETTLEMENT AGREEMENT WITH DEFENDANTS, GRUPO SEGUROS MULTIPLES
& COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO UNDER SEAL**

COMES NOW Plaintiffs, Karen DeWolfe and Alan DeWolfe, by and through their

undersigned attorney, and move this Honorable Court for the entry of an Order

permitting them to file their Motion to Enforce Mediation Settlement Agreement with

Defendants, Grupo Seguros Multiples & Cooperativa de Seguros Multiples De Puerto

Rico under seal.  In support thereof Plaintiffs further state:

By its terms, the Mediation Settlement Agreement is confidential.  Further, as it

was part of a mediation, the terms of the agreement are also required to be kept

confidential pursuant to Court rules governing the mediation process.

WHEREFORE, Plaintiffs, Karen DeWolfe and Alan DeWolfe, ask this Honorable

Court for the entry of an Order permitting them to file their Motion to Enforce Mediation

Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperativa de

Seguros Multiples De Puerto Rico under seal.

LAW OFFICES OF PAMELA LYNN COLON, LLC
Attorney for Plaintiffs

DATED:  August 8, 2023          */s/ Pamela Lynn Colon, Esquire*
Pamela Lynn Colon, Esquire
Law Offices of Pamela Lynn Colon, LLC
2155 King Cross Street—Ste. 3
Christiansted, VI 00820-4842
Tel:  (340) 719-7100
Fax: (340) 719-7700
pamelalcolon@msn.com