IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| KAREN DeWOLFE AND ALAN DeWOLFE )<br>)<br>Plaintiffs, )<br>)<br>v.                                                                      )<br>)<br>AARP SERVICES, INC., AARP, INC., AARP )<br>OF THE VIRGIN ISLANDS, INC., GRUPO )<br>COOPERATIVE SEGUROS MULTIPLES,  )<br>COOPERATIVE DE SEGUROS MULTIPLES )<br>OF PUERTO RICO, OVERSEAS INSURANCE )<br>AGENCY, INC., SEDGWICK CLAIMS )<br>MANAGEMENT SERVICES, INC., )<br>VERICLAIM, INC., and BYRON GILCHREST, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:19-CV-56 |

## ORDER

THIS MATTER having come on to be heard regarding Plaintiffs' Motion for Leave to file their Motion to Enforce the Mediated Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperative De Seguros Multiples De Puerto Rico, due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File their Motion to Enforce the Mediated Settlement Agreement with Defendants, Grupo Seguros Multiples & Cooperative De Seguros Multiples De Puerto Rico **UNDER SEAL** is **GRANTED**.

SO ORDERED this ____day of _____2023.

_____
JUDGE OF THE DISTRICT COURT