# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| KAREN DEWOLFE and ALAN DEWOLFE, | |
| Plaintiffs, | 1:19-cv-00056-MEM-EAH |
| v. | |
| AARP, INC., AARP SERVICES, INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., OVERSEAS INSURANCE AGENCY, INC., VERICLAIM, INC., and BYRON GILCHREST, | |
| Defendants. | |

**TO:** Pamela L. Colon, Esq.
*For Plaintiffs*
Karen Ellis Carr, Esq.
Eric Roman, Esq.
Mattie Bowden, Esq.
Andrew C. Simpson, Esq.
*For AARP, Inc. and AARP Services, Inc.*
Ann Cecile O'Neill, Esq.
Eugenio W.A. Geigel-Simounet, Esq.
*For GCSM and CSMPR*
Richard H. Hunter, Esq.
Joshua D. Lerner, Esq.
Peter Tepley, Esq.
Victor G. Sanabria, Esq.
*For Vericlaim, Sedgwick, and Ragsdale*

## ORDER

**THIS MATTER** comes before the Court on a Motion for Leave to File Motion to Enforce Mediation Settlement Agreement Under Seal filed by Plaintiffs. Dkt. No. 254.

*DeWolfe v. AARP Services, Inc.*
1:19-cv-00056-MEM-EAH
Order
Page 2

Plaintiffs explain that the Mediation Settlement Agreement and its terms are confidential, and as such, they seek to file their Motion to Enforce that agreement under seal. *Id*.

Having considered the motion and being satisfied with the premises therein, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Motion to Enforce Mediation Settlement Agreement Under Seal, Dkt. No. 254, is **GRANTED**.

ENTER:

Dated: August 8, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE