IN THE DISTRICT COURT OF VIRGIN ISLANDS
DIVISION OF ST. CROIX

KAREN DeWOLFE AND ALAN DeWOLFE )
                                       )
              Plaintiffs,              )
                                       )
      v.                               )        Civil Action No. 1:19-CV-56
                                       )
AARP SERVICES, INC., AARP, INC., AARP  )
OF THE VIRGIN ISLANDS, INC., GRUPO     )
COOPERATIVE SEGUROS MULTIPLES,         )
COOPERATIVE DE SEGUROS MULTIPLES       )
OF PUERTO RICO, OVERSEAS INSURANCE     )
AGENCY, INC., SEDGWICK CLAIMS          )
MANAGEMENT SERVICES, INC.,             )
VERICLAIM, INC., and BYRON GILCHREST,  )
                                       )
              Defendants.              )
_____ )

## ORDER ON STIPULATION FOR DISMISSAL

**THIS MATTER** having come on to be heard regarding the Stipulation for

Dismissal of Defendants, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and

VERICLAIM, INC., only, and the Court being fully advised in the premises:

IT IS HERBY ORDERED that that this matter is **DISMISSED**, WITH PREJUDICE

as to Defendants, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and

VERICLAIM, INC., only, each party to bear their own costs and fees; and,

IT IS FURTHER ORDERED that this matter remains pending against

Defendants, AARP SERVICES, INC., AARP, INC., AARP OF THE VIRGIN ISLANDS,

INC., GRUPO COOPERATIVO SEGUROS MULTIPLES, and COOPERATIVA DE

SEGUROS MULTIPLES OF PUERTO RICO.

SO ORDERED this _1st_ day of _August_ _____ 2023.

JUDGE OF THE DISTRICT COURT